Commonwealth *v.* Storch, Appellant.

Submitted September 29, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Ernest Earl Storch,* appellant, in propria persona.

*Robert F. Hawk,* Assistant District Attorney, and *John H. Brydon,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 11, 1969:
The case is remanded for counsel previously appointed below to proceed in accordance with Rule 1503(b) of the Pennsylvania Rules of Criminal Procedure.